**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

GEREMIAS LOPEZ HERNANDEZ,

Petitioner

v.

TODD BLANCHE, et al.,

Respondents

Case No.: 2:26-cv-02772-APG-BNW

**Order Granting Motion to Dismiss**

[ECF No. 8]

I ORDER that petitioner Geremias Lopez Hernandez's motion to dismiss (ECF No. 8) is GRANTED. The clerk of court is instructed to close this case.

DATED this 9th day of October, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE